IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Marcus A. Woods, | C/A No.: 1:13-1413-RMG-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Mrs. Broach, FNU, Dental Assistant of Kershaw CI; Mrs. Hough, FNU, Grievance Coordinator of Kershaw; and Cecilia Reynolds, Warden of Kershaw; in their individual or personal capacities, | |
| Defendants. | |

Plaintiff filed this action on May 24, 2013. [Entry #1]. Pursuant to the scheduling order entered on July 11, 2013, dispositive motions were to be filed by no later than October 8, 2013. [Entry #11]. That deadline has now expired.

Because the dispositive motions deadline in this case has passed and no motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

October 15, 2013        Shiva V. Hodges
Columbia, South Carolina    United States Magistrate Judge