IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Marcus A. Woods,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Mrs. Broach, FNU, Dental Assistant of<br>Kershaw CI; Mrs. Hough, FNU,<br>Grievance Coordinator of Kershaw; and<br>Cecilia Reynolds, Warden of Kershaw;<br>in their individual or personal capacities,<br><br>　　　　　Defendants. | C/A No.: 1:13-1413-RMG-SVH<br><br><br>ORDER |

Plaintiff filed this action on May 24, 2013. [Entry #1]. Pursuant to the scheduling order entered on July 11, 2013, dispositive motions were to be filed by no later than October 8, 2013. [Entry #11]. That deadline has now expired.

Because the dispositive motions deadline in this case has passed and no motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

　　　　IT IS SO ORDERED.

October 15, 2013　　　　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　　　　United States Magistrate Judge